Frederick Banks
Hamilton Brown, LLP
NEOCC, Ste 05711068
2240 Hubbard Road
Youngstown, OH 44505
412. 475. 8384
www.facebook.com/hamiltonbrownfirm
hamiltonbrownLLC@gmail.com

Katie Contact me via snail mail
when you do don't say anything about
the facts of the case. I have some more info.




RECEIVED
IN CLERK'S OFFICE

SEP 2 1 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

# United States District Court
### for the middle District of Tennessee

| | |
|---|---|
| Katie Layne Quackenbush, | ) |
| Petitioner, | ) |
| | ) Civil Action No. |
| v. | ) |
| Central Intelligence Agency; | ) |
| Mike Pompeo, Director of Central | ) |
| Intelligence; Metropolitan | ) |
| Nashville Police Department; | ) [Evidentiary Hearing Requested] |
| District Attorney, Nashville; | ) |
| Governor, State of Tennessee; | ) |
| Tennessee Attorney General; | ) |
| State of Tennessee, Respondents. | ) |
| | ) |

### PETITION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2241

AND NOW COMES, Petitioner Katie Layne Quackenbush by and through Frederick Banks and Hamilton Brown, LLP files the foregoing Petition for a Writ of Habeas Corpus to remedy unlawful detention by Respondents and to be immediately released from unlawful confinement. In support Petitioner alleges as follows:

    1. Petitioner is in the physical custody of Respondents. Petitioner is on bond of $25,000. Courts have found that because you are still subject to restraint a Defendant on bond is still in custody for purposes of 28 USC §2241

## JURISDICTION

2. Petitioner is in custody in violation of the Constitution of the United States and federal Law.

3. This Court has jurisdiction under 28 USC §2241; art. I § 9, cl. 2 of the United States Constitution ("Suspension Clause"); and 28 U.S.C. § 1331 as Petitioner is an American citizen pursuant to 8 USC § 1401 under color of authority of the United States, and such custody is in violation of the Constitution, laws, or treaties of the United States. This Court may grant relief pursuant to 28 USC §2241, 5 USC § 702, and the All Writs Act, 28 USC § 1651.

4. Petitioner has exhausted any and all administrative remedies to the extent required by law. Moreover, exhaustion of remedies is an affirmative defense that doesn't have to be plead or proven by Petitioner. Also, exhaustion is futile as Petitioner is actually Innocent of the charged offenses. As a result the court should hear the petition on the merits.

## VENUE

5. Pursuant to Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484, 493-500 (1973), venue lies in the United States District Court for the Middle District of Tennessee, the judicial district in which Petitioner resides.

## Factual Allegations

6. Petitioner was charged with the attempted killing of a homeless man, with attempted murder for the August 26, 2017 shooting of Gerald Melton who remains hospitalized with critical injuries. Petitioner was booked into jail and released after posting a $25,000 bond.

7. Petitioner and her friend were being accosted by Melton. Melton approached Petitioner's Porsche as she and her friend sat inside, threatening to kill them and making explicit and sexist remarks at Quackenbush.

8. Petitioner did not try to kill Melton and had no idea that any shots hit him.

9. Petitioner, a mother of a 5-year old son, drove a friend back to her car when the women saw Melton harassing other women in the street nearby.

10. Melton then approached Petitioner and her friend in the vehicle.

11. Melton came up to the car window and starts screaming in the window various threats and something about turning their window down because he couldn't sleep.

12. After Melton walked away, Petitioner got out of her car to escort her friend to a vehicle parked close by. Petitioner grabbed her gun and put a magazine inside.

13. Melton began walking toward Petitioner again at which time Petitioner told Melton she had a gun. Melton was acting erratic.

14. Melton continued to approach the women so Petitioner fired two warning shots. Petitioner closed her eyes when she shot both times but they were warnings and she thought she pointed away from Melton. Petitioner was in fear for her life before she fired.

LEGAL FRAMEWORK FOR RELIEF SOUGHT

15. Petitioner's allegations are taken as true for purposes of this Petition for a Writ of Habeas Corpus.

CLAIMS FOR RELIEF
CLAIM ONE
Constitutional Violations

16. Petitioner alleges and incorporates by reference paragraphs 1 through 15 above.

17. Petitioner alleges that the Central Intelligence Agency ("CIA") may have had Petitioner and Melton under electronic harassment and the Foreign Intelligence Surveillance Act ("FISA") to manipulate, egg on and control the unfortunate shooting and incident. See Unclassified Approved for Release CIA-RDP96-00792R000600320004-3 (3 declassified CIA documents on

3 of 6

Telepathic Behavior Modification experiments from September 1975)
at www.foia.cia.gov. The documents discuss both the US and Soviet
experiments in the field of study of "Behavior modification through
telepathic means is in itself applied research. The changes or alterations
of human activity desired can be either beneficial or detrimental to the
percipient." "In telepathy research, unlike research in most scientific
disciplines, the applied phase preceded the basic phase. To put it simply
this is why telepathy is still called a phenomenon, both in the USSR and
in the West. The phenomenon of telepathy has many applications, one of
which is behavior modification." There is strong evidence to show that the
CIA has a program of "telepathy research" and can and does deliver this
telepathy via wireless signal with GPS tracking by satellite. See Freedom
from Covert Harassment www.freedomfch.com ('of the 300,000 thousand
victims of electronic harassment in the United States 75% are women);
The Interviews with Dr. Robert Duncan, a CIA scientist who worked on
the technology and the Interviews with Dr. John Hall author of
A NEW BREED OF Satellite Terrorism in America and Guinea Pigs:
Technologies of Control at Youtube.com; "Synthetic Telepathy" at
nbcnews.com (stating how in 2008 the U.S. Army was developing it);
"Voice to Skull" at Federation of American Scientists www.fas.org;
"Voice of God Weapon Returns" Wired.com; "Targeted Individuals" at
youtube.com; Military Mind Control A Story of Trauma and Recovery
by Colin A. Ross, MD  ross.inst@ross.inst.com www.rossinst.com; Psychic
Dictatorship in the U.S.A. by Alex Constantine; Mind Control Coming, Scientist
warns (New York Times 1965); NY Times: Richmond's space weapons
ban 'biggest victory' for targeted individuals,(June 10, 2016 www.richmond
standard.com); Search "Voice to Skull" at nsa.gov (yields over 300 hits).

18. The only way to know for sure if Petitioner or Melton was in a CIA FISA program is for the Court to issue an order pursuent to 50 USC § 1806(f) and the Federal Rule of Civil Procedure 26 to disclose the electronic surveillance. Petitioner asserts that the FISA surveillance was unlawful and was used to manipulate her and Melton into a confrontation. This FISA was illegal Petitioner is neither a foreign power nor an agent thereof and the Court should order the FISA disclosed to Petitioner in redacted unclassified form to determine the legality of the surveillance. These acts by Respondents violated the 4th and 5th and 14th Amendments to the U.S. Constitution and 50 USC § 1801 et seq, The Foreign Intelligence Surveillance Act.

19. Because of these illegal acts and Petitioner's actual Innocence her continued Bond and detention confinement is unlawful because of both the substantive and procedural Constitutional violations and statutory violations. Respondents have decided to turn their high tech weapons on the American public as a video game for the purposes of control and Murder and Mayhem. George Orwell's 1984 has arrived. Compare "Jehovah told me to Act" see statements of Lester Flannigan, the twitter killer of Alison Parker, a Roanoke TV reporter in cover story USAtoday August 2014 with "Allah told us to Surrender" "Voice of God weapon" at wired.com stating that in Dessert Storm IRAQI soldiers heard voices which told them that Allah their God wanted them to surrender. Also, Google; "Matrix" + "Navy" + "cryptogy".

Count Two
20. Petitioner re-alleges and incorporates by reference paragraphs 1 through 19 above.

21. The Arrest warrant was not sealed with the Great Seal of the State of Tennessee by the Judicial officer who purportedly issued it in violation of the 4th Amendment to the U.S. Constitution. There was no probable cause

procedure. Also the District Attorney did not sign the Information charging Petitioner with the Crime which violated Due Process, 14th Amendment and the Tennessee Rules.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that this Court grant the following relief

1). Assume Jurisdiction over this matter

2.) Grant Petitioner a writ of habeas Corpus directing the Respondents to immediately release Petitioner from Custody and the Bond Constraints

3. Order Respondents to disclose any Foreign Intelligence Surveillance Act electronic surveillance on Petitioner or Melton.

4. Enter preliminary and permanent injunctive relief enjoining Respondents from further unlawful detention of Petitioner

5. Allow Petitioner to prosecute this Petition pro se or appoint counsel

6. Certify this action as a Nationwide class Action and appoint class counsel to free similarly situated persons from any FISA program.

7. Award Petitioner attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), as amended 5 USC § 504 and 28 USC § 2412, and on any other basis justified under law; and

8. Grant any other and further relief that this Court deems just and proper.

I affirm under penalty of perjury, that the foregoing is true and correct.

9/16/17

Hamilton Brown, LLP
Frederick Banks, NEOCC

Case 3:13-cv-01200 Document 1 Filed 09/26/17 Page 6 of 7 PageID #: 5

Frederick Banks
0511068 JWB 222
2240 Hubbard Road
Youngstown, OH 44505

Lexa L Adams

CCA/NORTHEAST OHIO CORRECTIONAL CENTER
HAS NEITHER INSPECTED NOR CENSORED AND
I WILL NOT BE RESPONSIBLE FOR THE CONTENTS

CLEVELAND OH 440

17 SEPT 2017 PM 3 L

FOREVER

**RECEIVED**
**IN CLERK'S OFFICE**

SEP 21 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

37203-380900

Clerk, US District Court

Frederick Banks

8200 US Courthouse
801 Broadway
Nashville, TN 37203